18988—Federal Gas & Fuel Co., v. Public Utilities Commission; error to Utilities Commission—F. T. Eagleson, Columbus, for plaintiff; C. C. Crabbe, Atty. Genl., and J. W. Bricker, Columbus, for defendant.

18989—Federal Gas & Fuel Co., v. Public Utilities Commission of Ohio; error to Utilities Commission of Ohio—F. T. Eagleson, Columbus, for plaintiff; C. C. Crabbe, Atty. Genl., and J. W. Bricker, Columbus, for defendant.

### March 2

18990—John D. Foti, v. John Lewis, as the Admr. of Charles Lewis, deceased—Summit Appeals; motion to certify—Staley & Trunko, Akron, for plaintiff; Benner, Harter, Walker & Watters, Akron, for defendant.

18991—Edward E. Curtis, v. State of Ohio; motion to file petition in error to Stark Appeals—Day & Day, Cleveland, and Turner, Ake & Abt, Canton, for plaintiff; C. B. McClintock, Pros. Atty., Canton, and C. C. Crabbe, Atty. Genl., Columbus, for defendant.

18992—H. H. Emmons, v. Mack Hopkins—Stark Appeals; motion to certify—Emmons & Emmons, for plaintiff; Sydney Geiger, Alliance, for defendant.

18993—Charles B. Moore, v. State of Ohio; motion to file petition in error to Lucas Appeals—Allen J. Seney, Toledo, for plaintiff; Roy Stewart, Pros. Atty., Toledo, for defendant.

### March 3

18994—James McKee Robinson, Leroy Cochrel, a minor, by Cochrel, his guardian, v. J. J. Robinson, Melvin Robinson and 33 others—Putnam Appeals; motion to certify—N. R. Harrington, Bowling Green, and Frank A. Harrington, Toledo, for the plaintiffs; A. A. Slaybaugh, Leipsic, and Ernest M. Botkin, Lima, for defendants.

# PROCEEDINGS OF SUPREME COURT

## WEEKLY REPORT OF

### CASES DECIDED

### TUESDAY, MARCH 3, 1925

#### INDEX OF CASES DECIDED

#### GENERAL DOCKET

Bradley v. Cleveland Ry. Co............18511
Hissem v. Guran ....................18771
Katz v. American Finance Co.........18590
McBride, Treas. v. University Club....18826
Putnam Co. (Bd. of Ed.) v. Hartsburg..18900

#### MOTION DOCKET

State ex Crabbe v. Sandusky M. & N. R..18072
Finn v. Finn ......................18874
Mosier v. Shelton ..................18878
Phillips, Treas. v. Cadwallader.........18876
State v. Marcenik ..................18909
Vansuch v. State ..................18875

#### Tuesday, March 3, 1925
#### GENERAL DOCKET

18511—Catherine Bradley v. Cleveland Ry. Co.; error to Cuyahoga Appeals—Judgment affirmed—Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 10-11-24, 2 Abs. 642; for syllabus, see post, next page.

18590—Leo Katz v. American Finance Co., error—Franklin Appeals—Judgment affirmed, Marshall, C. J., Jones, Mathias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 5-19-24, 2 Abs. 356; OS pend, 2 Abs. 408. For sylbabus see this page.

18771—Melvin H. Hissem v. Matthews B. Guran, et al.; error to Summit Appeals—Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 9-3-24, 2 Abs. 548; OA. 2 Abs. 565. For syllabus see post, next page.

18826—Ralph C. McBride, Treas., v. University Club, error to Cuyahoga Appeals—Judgment affirmed. Marshall, C. J., Jones, Mathias, Day, Allen and Kinkade, JJ., concur. Dock. 11-8-24, 2 Abs. 722; OS. Pend. 3 Abs. 83. For syllabus, see post, next page.

18900—County Board of Education, Putnam County, Board of Education, Hartsburg District; certified by Putnam County Court of Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 1-7-25, 3 Abs. 34; not reported.

#### MOTION DOCKET

18072—State, ex rel, C. C. Crabbe, Atty Gen. v. Sandusky, Mansfield & Newark Rd. Co. et al. Motion by plaintiff for leave to further plead to the answer, etc. Overruled.

18874—Esther G. Finn v. Julius R. Finn. Lucas Appeals; motion to certify. Overruled. Dock. 12-22-24, 3 Abs. 2; OS Pend, 3 Abs. 38.

18875—John Vansuch, Director of Public Safety, et al. v. State, ex rel Louis Fetch—Mahoning Appeals; motion to certify—Record Allowed.

18876—W. R. Phillips, Treas., v. Thomas Cadwallader. Motion to certify; Columbiana Appeals. Overruled. Dock 12-22-24, 3 Abs. 2.

18878—Benjamin Mosier et al., v. Claiborne B. Shelton et al. Motion to certify—Gallia Appeals. Overruled. Dock. 12-22-24, 3 Abs. ; OS Pend. 3 Abs. 37.

18909—State of Ohio v. Frank Marcenik. Motion to file petition in error to Harrison Appeals. Overruled. Dock 1-15-25, 3 Abs. 50.

# Abstracts of Last Week's SUPREME COURT OPINIONS

### SYLLABI

No. 18590—Leo Katz v. American Finance Co. Error to Franklin Appeals.

**229. CHATTEL MORTGAGES**—In foreclosure of, parties not entitled to jury trial.

**1235. VERDICT**—Where sole issue is one of fact and record shows competent evidence, Supreme Court will not disturb finding.

DAY, J.

1. A foreclosure of a chattel mortgage is an equitable proceeding and one in which parties are not entitled to a trial by jury.

2. When the sole issue presented by a record is one of fact, and there is competent evidence to support the findings of the lower courts, this court, not determining the weight of the evidence, will not disturb such findings. Judgment affirmed.